# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Weinstein, et al., | (First Request) |
| Defendants. | |

Upon motion of the Defendants, no objection by the Government, and good cause appearing,

**IT IS ORDERED granting in part** Defendants' Motions to Continue Trial and Pretrial Deadlines (Docs. 38 and 45) for the reasons stated in the motions.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from June 3, 2025 to **September 2, 2025 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until August 1, 2025.

**IT IS FINALLY ORDERED** that if any subpoenas were previously issued and

1  served in this matter, that they remain in effect and are answerable at the new trial date
2  and the party who served the subpoena should advise the witnesses of the trial date.
3      The Court finds excludable delay under 18 U.S.C. §3161(h) from <u>June 4, 2025</u> to
4  <u>September 2, 2025</u>.
5      Dated this 20th day of May, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge